# United States Bankruptcy Court
## Eastern District of New York

In re  **Gabriel F. Bravo**  
Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **December 20, 2022**

**/s/ Gabriel F. Bravo**  
**Gabriel F. Bravo**  
Signature of Debtor

Date: **December 20, 2022**

**/s/ Matthew G. Roseman**  
Signature of Attorney  
**Matthew G. Roseman MR-1387**  
**Cullen and Dykman LLP**  
**100 Quentin Roosevelt Blvd**  
**Garden City, NY 11530**  
**516-357-3700**

ABC Auto Parts
International Inc.
135 Roosevelt Avenue
Mineola, NY 11501


Adhesive Templates - USA
10418 Shaver Road
Portage, MI 49024


Albert Kemperle Inc. Auto
1359 Utica Avenue
Brooklyn, NY 11203


Alternative Emblems
1812 Mount Carmel Church
Road
Chapel Hill, NC 27517


asTech
2600 Technology Dr #900
Plano, TX 75074


Audi Brooklyn Service Ctr
211 63rd Street
Brooklyn, NY 11220


Auto PHD Diagnostic
and Repair
167 Lakeville Road
New Hyde Park, NY 11040


BASF
361 Sheep Pasture Road
East Setauket, NY 11733


CCC Intelligent Solutions
167 North Green
9th Floor
Chicago, IL 60607


Continental Auto Parts
58-94 54th Street
Forest Hills, NY 11375

Counsel for IOU Financial
Paul G. Wersant
3245 Peachtree Pkwy
Suwanee, GA 30024

Counsel for On Deck Capital
12 Powder Springs Street
Suite 240
Marietta, GA 30064

DirecTV Headquarters
2230 E. Imperial Hwy
El Segundo, CA 90245

Elite Rim Repair
30 East Ames Court
Plainview, NY 11803

Empire Auto Parts
15 Jackson Road
Totowa, NJ 07512

Habberstad BMW
945 East Jericho Turnpike
Huntington Station, NY 11746

Habberstad Mini
945 East Jericho Turnpike
Huntington Station, NY 11746

Hassset Ford/Subaru
3520 Sunrise Highway
Wantagh, NY 11793

Heatherwood House
at Lake Ronkonkoma
147 Heatherwood Lane
Apt. 84A
Ronkonkoma, NY 11779

IOU Financial
600 Townpark Lane
Kennesaw, GA 30144

JK Automotive Repair
384 McGuinness Boulevard
Brooklyn, NY 11222

Karp Auto Used Car Sales
400 Sunrise Hwy Suite A
Rockville Centre, NY 11570

Keystone Automotive
149 Lafayette Drive
Syosset, NY 11791

Kings Infiniti Service
and Parts
2875 Coney Island Avenue
Brooklyn, NY 11235

Kings Nissan Service
and Parts Center
2887 Coney Island Avenue
Brooklyn, NY 11235

KSI Auto Parts
Crash & Rust Inc.
1966 Broadhollow Road
Farmingdale, NY 11735

Lexus of Queens
40-40 Northern Boulevard
Long Island City, NY 11101

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

LKQ Hunts Point Auto Part
1390 Spofford Avenue
Bronx, NY 10459

NAPA AutoParts
- PM Auto Parts
201 McGuiness Boulevard
Brooklyn, NY 11222

NYS Department of
Taxation and Finance
W.A. Harriman Campus
Albany, NY 12227-0344


On Deck Capital Inc.
1400 Broadway 25th Fl
New York, NY 10018


Panjshir Towing
60-13 Northern Boulevard
Woodside, NY 11377


Pure Planet Waters LLC
4809 Avenue N
Suite 185
Brooklyn, NY 11234


Security Dodge Chrysler
345 Merrick Road
Amityville, NY 11701


Spectrum Headquarters
400 Atlantic Street
Stamford, CT 06901


Star Toyota Service
40-20 172nd Street
Flushing, NY 11358